**Anthony BARTEE, Plaintiff–Appellee**

v.

**Susan D. REED, Bexar County District Attorney, Defendant–Appellant.**

**No. 12–70012.**

United States Court of Appeals,
Fifth Circuit.

Sept. 4, 2012.

David R. Dow, University of Houston, Houston, TX, for Plaintiff–Appellee.

Clarkson Frederick Brown, Assistant District Attorney, District Attorney's Office, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and HAYNES, Circuit Judges.

PATRICK E. HIGGINBOTHAM, Circuit Judge: *

The Court is persuaded that this appeal is now moot and must be dismissed for want of jurisdiction. We DISMISS and REMAND for further proceedings.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.